**Order entered November 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01221-CV

## THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

## V.

## CHARLES WAYNE TAYLOR AND ROSEMARY TAYLOR, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08022**

## ORDER

Before the court is appellant's November 15, 2017 unopposed motion to extend time to file appellant's brief in this accelerated appeal. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 15, 2017.

/s/      CRAIG STODDART
JUSTICE